377 A.2d 987

Commonwealth v. Lee, Appellant.

Argued June 17, 1977. Malcolm W. Berkowitz, with him Berkowitz and Gutkin, for appellant; Thomas M. Regan, Assistant District Attorney, with him Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.